# UNITED STATES DISTRICT COURT

Western District of New York

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| | Case No.    14-mj-1104 |
| Bardhok Tusha | USM No.    N/A |
| | FPD John Humann |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to ~~count(s)~~    the complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 8 U.S.C. Section 1325(a)(2) | Eluding inspection by CBP Officer | 11/12/2014 | |

☒ Count(s)    Complaint    ☒ is    ☐ are    dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
| --- | --- | --- |
| **Total:** | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence: _____

11/13/2014
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Hon. Jeremiah J. McCarthy, Magistrate Judge
Name and Title of Judge

12/9/14
Date